IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>OAK ANDERSON,<br><br>    Defendant. | CASE NO. 4:20CR3065<br><br>WAIVER OF PERSONAL<br>APPEARANCE AT ARRAIGNMENT<br>AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the ~~Choose an item.~~ (Superseding Indictment)

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the Superseding Indictment..

_____        Date  8/25/20
Defendant

_____        Date  8/24/2020
Attorney for Defendant

### ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this 27th day of August, 2020.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT