IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>OAK D. ANDERSON,<br><br>　　　　　　　Defendant. | 4:20CR3065<br><br>**ORDER** |

Trial of this case is continued pending resolution of Defendant's pending motion to suppress, (Filing No. 21).

Dated this 9th day of September, 2020.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　United States Magistrate Judge