IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:20CR3065** |
| vs. | |
| OAK D. ANDERSON, | **ORDER** |
| Defendant. | |

IT IS ORDERED:

1) Defendant's motion to withdraw the motion to suppress, (Filing No. 44), is granted.

2) The motion to suppress, (Filing No. 21), is denied, and the hearing scheduled for November 5, 2020 is cancelled.

Dated this 4th day of November, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge